# EXHIBIT A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Aug 31 04:08:10 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____ **Record 27 out of 35**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ARCHER & ARMSTRONG |
| **Goods and Services** | IC 016. US 038. G & S: comic books. FIRST USE: 19920400. FIRST USE IN COMMERCE: 19920400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74344199 |
| **Filing Date** | December 29, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 18, 1993 |
| **Registration Number** | 1786756 |
| **Registration Date** | August 10, 1993 |
| **Owner** | (REGISTRANT) Voyager Communications Inc. CORPORATION DELAWARE 275 Seventh Avenue New York NEW YORK 10001<br><br>(LAST LISTED OWNER) **VALIANT ENTERTAINMENT** INC. LIMITED LIABILITY CORPORATION BR.VIRGIN ISLANDS 217 EAST 86TH STREET PMB # 329 NEW YORK NEW YORK 10028 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Timothy D. Pecsenye |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20031124. |
| **Renewal** | 1ST RENEWAL 20031124 |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY