# EXHIBIT C



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Aug 31 04:08:10 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____ **Record 26 out of 35**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | BLOODSHOT |
| **Goods and Services** | IC 016. US 038. G & S: comic books. FIRST USE: 19921100. FIRST USE IN COMMERCE: 19921100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74348489 |
| **Filing Date** | January 14, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 29, 1993 |
| **Registration Number** | 1793650 |
| **Registration Date** | September 21, 1993 |
| **Owner** | (REGISTRANT) Voyager Communications Inc. CORPORATION DELAWARE 275 Seventh Avenue New York NEW YORK 10001<br><br>(LAST LISTED OWNER) **VALIANT ENTERTAINMENT** INC. LIMITED LIABILITY CORPORATION BR.VIRGIN ISLANDS 217 EAST 86TH STREET PMB # 329 NEW YORK NEW YORK 10028 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Timothy D. Pecsenye |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20031125. |
| **Renewal** | 1ST RENEWAL 20031125 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .**HOME** | **SITE INDEX** | **SEARCH** | e**BUSINESS** | **HELP** | **PRIVACY POLICY**