# EXHIBIT D



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Aug 31 04:08:10 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | **List At:** [      ]  OR  Jump to record: [      ]      **Record 25 out of 35**

---

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

### Typed Drawing

| | |
|---|---|
| **Word Mark** | X-O MANOWAR |
| **Goods and Services** | IC 016. US 038. G & S: comic books. FIRST USE: 19911100. FIRST USE IN COMMERCE: 19911100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74344197 |
| **Filing Date** | December 29, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 1, 1993 |
| **Registration Number** | 1974455 |
| **Registration Date** | May 21, 1996 |
| **Owner** | (REGISTRANT) Voyager Communications Inc. CORPORATION DELAWARE 275 Seventh Avenue New York NEW YORK 10001

(LAST LISTED OWNER) **Valiant Entertainment** Inc. LIMITED LIABILITY CORPORATION BR.VIRGIN ISLANDS P.O. Box 7317 Philadelphia PENNSYLVANIA 19101 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Timothy D. Pecsenye |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20070814. |
| **Renewal** | 1ST RENEWAL 20070814 |

**Live/Dead Indicator**     LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY