# EXHIBIT G



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Aug 31 04:08:10 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____  **Record 7 out of 35**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# TRINITY ANGELS

| | |
|---|---|
| **Word Mark** | TRINITY ANGELS |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Paper goods and printed matter, namely, posters, comic books and magazines, children's books, coloring books, children's activity books, book covers, lithographs, trading cards, decal and stickers. FIRST USE: 20061124. FIRST USE IN COMMERCE: 20061124 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78656119 |
| **Filing Date** | June 22, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 14, 2006 |
| **Registration Number** | 3254218 |
| **Registration Date** | June 19, 2007 |
| **Owner** | (REGISTRANT) **Valiant Entertainment**, Inc. LIMITED LIABILITY CORPORATION BR.VIRGIN |

| | |
|---|---|
| | ISLANDS 217 EAST 86TH STREET PMB # 329 NEW YORK NEW YORK 10028 |
| **Attorney of Record** | Timothy D. Pecsenye |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .**HOME** | **SITE INDEX**| **SEARCH** | *e***BUSINESS** | **HELP** | **PRIVACY POLICY**