# EXHIBIT H

# EXHIBIT H

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

### Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Aug 31 04:08:10 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____ **Record 6 out of 35**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# ARMORINES

| | |
|---|---|
| **Word Mark** | ARMORINES |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Paper goods and printed matter, namely, posters, comic books and magazines, children's books, coloring books, children's activity books, book covers, lithographs, trading cards, decal and stickers. FIRST USE: 20061124. FIRST USE IN COMMERCE: 20061124 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78656168 |
| **Filing Date** | June 22, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 21, 2006 |
| **Registration Number** | 3276961 |
| **Registration Date** | August 7, 2007 |
| **Owner** | (REGISTRANT) **Valiant Entertainment**, Inc. LIMITED LIABILITY CORPORATION BR.VIRGIN ISLANDS 217 EAST 86TH STREET PMB # 329 NEW YORK NEW YORK 10028 |

| | |
|---|---|
| **Attorney of Record** | Timothy D. Pecsenye |
| **Prior Registrations** | 1875247 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .**HOME** | **SITE INDEX**| **SEARCH** | *e*BUSINESS | **HELP** | **PRIVACY POLICY**