# EXHIBIT I

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Aug 31 04:08:10 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**  Please logout when you are done to release system resources allocated for you.

**Start**  List At: [          ] OR **Jump** to record: [          ]  **Record 3 out of 35**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Paper goods and printed matter, namely, posters, comic books and magazines, children's books, coloring books, children's activity books, book covers, lithographs, trading cards, decals and stickers |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 01.01.05 - Stars - one or more stars with seven or more points<br>26.01.02 - Circles, plain single line; Plain single line circles |
| **Serial Number** | 78638219 |
| **Filing Date** | May 26, 2005 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 21, 2006 |
| **Owner** | (APPLICANT) **Valiant Entertainment**, Inc. LTD LIAB CO BR.VIRGIN ISLANDS 217 EAST 86TH STREET PMB # 329 NEW YORK NEW YORK 10028 |
| **Attorney of Record** | Timothy D. Pecsenye |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY