# EXHIBIT L



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Aug 31 04:08:10 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____ **Record 1 out of 35**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

# DOCTOR TOMORROW

| | |
|---|---|
| **Word Mark** | DOCTOR TOMORROW |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter and paper goods, namely, children's books, comic books; graphic novels, comic strips; magazines featuring comics and action heroes and story books in printed form; posters; art prints; trading cards; collectors' cards |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78896272 |
| **Filing Date** | May 30, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 28, 2007 |
| **Owner** | (APPLICANT) **Valiant Entertainment** Inc. LTD LIAB CO BR.VIRGIN ISLANDS 217 EAST 86TH STREET PMB # 329 NEW YORK NEW YORK 10028 |
| **Attorney of Record** | Timothy D. Pecsenye |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| **Live/Dead Indicator** | LIVE |
|---|---|

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY