# EXHIBIT Q



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Aug 31 04:08:10 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____  **Record 14 out of 35**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# NINJAK

| | |
|---|---|
| **Word Mark** | NINJAK |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter and paper goods, namely books, comic books, graphic novels, comic strips, and magazines and stories in printed form; posters; art prints; trading cards; collector's cards |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77069238 |
| **Filing Date** | December 21, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) **VALIANT ENTERTAINMENT**, INC. LTD LIAB CO BR.VIRGIN ISLANDS PMB # 329 217 EAST 86TH STREET NEW YORK NEW YORK 10028 |
| **Attorney of Record** | Timothy D. Pecsenye |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .**HOME** | **SITE INDEX**| **SEARCH** | **e**BUSINESS | **HELP** | **PRIVACY POLICY**