# EXHIBIT R



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Aug 31 04:08:10 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____ **Record 9 out of 35**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | VALIANT |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter and paper goods, namely books, comic books and graphic novels. FIRST USE: 20070810. FIRST USE IN COMMERCE: 20070810 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.05 - Stars - one or more stars with seven or more points<br>17.07.05 - Compasses (directional); Directional compasses, including mariner's compasses and compass points<br>26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 77252347 |
| **Filing Date** | August 10, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) **Valiant Entertainment** Inc. LTD LIAB CO BR.VIRGIN ISLANDS 217 East 86th Street PMB #329 New York NEW YORK 10028 |
| **Attorney of Record** | Timothy D. Pecsenye |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word "VALIANT" with an eight pointed star with circle background forming a design of a compass. |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |