IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALIANT ENTERTAINMENT, INC. and VALIANT ENTERTAINMENT, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> VALIANT INTELLECTUAL PROPERTIES, LLC, <br><br> Defendant. | CIVIL ACTION NO: 07 cv. 7784 <br><br> RULE 7.1 STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Valiant Entertainment, LLC (a private non-governmental party) certifies it has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Respectfully submitted,

BLANK ROME LLP

Leonard D. Steinman, Esquire (LS 5045)
Jeremy Reiss, Esquire
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel:   (212) 885-5524

Attorneys for Plaintiffs

OF COUNSEL:

Timothy D. Pecsenye, Esquire
Dennis P. Mccooe, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
Tel:   (215) 569-5619