# UNITED STATES DISTRICT COURT

Southern District of New York

VALIANT ENTERTAINMENT, INC. and VALIANT ENTERTAINMENT, LLC

V.

VALIANT INTELLECTUAL PROPERTIES, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 7784**

**JUDGE RAKOFF**

TO: (Name and address of Defendant)

Valiant Intellectual Properties, LLC
P.O. Box 2207
Wilmington, DE 19899

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leonard D. Steinman
Blank Rome LLP
The Chrysler Bldg.
405 Lexington Avenue
New York, NY 10174
(212) 885-5524

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature: Marcos Quintero]*

(By) DEPUTY CLERK

DATE

AUG 3 1 2007