Rakoff, J

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALIANT ENTERTAINMENT, INC. and
VALIANT ENTERTAINMENT, LLC,

  Plaintiffs,

vs.

VALIANT INTELLECTUAL PROPERTIES, LLC,

  Defendant.

CIVIL ACTION NO: 07-Civ-7784 (JSR)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(i)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-7-07

PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

WHEREAS, on November 28, 2007 the parties entered into a Settlement Agreement resolving the claims in this action;

Now on the consent of the attorney for plaintiff, it is

ORDERED that the action is dismissed with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, with each party to bear its own respective fees and costs.

Dated: December 5, 2007

          **BLANK ROME LLP**

          BY: _____
            Leonard D. Steinman (LS 5045)
            Jeremy L. Reiss (JR 2731)
          The Chrysler Building
          405 Lexington Avenue
          New York, NY 10174
          Tel: (212) 885-5000

          Attorneys for Plaintiffs

123895.00101/11730299v.1

SO ORDERED:

_____
U.S.D.J.
12/6/07